UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:25-cv-02980-FWS-SP                                   Date: November 10, 2025
Title: Amalia Paola Aceutuno-Acabal v. Pam Bondi et al.

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendants:

Not Present                                                          Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING GOVERNMENT COUNSEL TO FILE A RESPONSE TO THE REQUEST FOR EMERGENCY STAY IN THE PETITION OF WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 [1]**

   The court has received the Petition of Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. 1 ("Petition").) The court observes that page 10 of the Petition includes a request for an emergency stay of removal pending adjudication of the Petition. The court **ORDERS** the government to file a response to the request for emergency stay of removal on or before **November 10, 2025, at 11:59 p.m.**

                                                                Initials of Deputy Clerk:  rrp

**CRIMINAL MINUTES – GENERAL**